First Department. November 5, 1915.) Proceeding by the People of the State of New York against Peter J. McKenna. L. A. Cuvillier, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondents, v. MAIONE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) Proceeding by the People of the State of New York against Umberto Maione and another. No opinion. Judgment of conviction affirmed by default.

PEOPLE, Respondent, v. MALES, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Proceeding by the People of the State of New York against George Males. P. Beale, of New York City, for appellant. E. C. Kindleberger, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. MARONE, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Proceeding by the People of the State of New York against Raffaele Marone. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. METROPOLITAN SURETY CO. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Proceeding by the People of the State of New York against the Metropolitan Surety Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. MILLER. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Samuel Miller. No opinion. Motion granted. Order filed.

PEOPLE v. NEWTON. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Harvey Newton. No opinion. Motion granted, unless appellant complies with terms of order. Order filed.

PEOPLE v. RANDAZZO. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Benedetto Randazzo. No opinion. Motion granted, unless appellant complies with terms of order. Order filed.

PEOPLE, Respondent, v. SANTA MARIA, Appellant. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) Proceeding by the People of the State of New York against Anthony Santa Maria. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

PEOPLE v. SCHAEFER. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Charles A. Schaefer.

No opinion. Motion granted, unless appellant complies with terms of order. Order filed.

PEOPLE, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Proceeding by the People of the State of New York against Adolph Schmidt. M. Esberg, of New York City, for appellant. R. P. Beyer, of New York City, for the People. No opinion. Determination affirmed, with costs. Order filed. See, also, 153 N. Y. Supp. 1134.

PEOPLE, Respondent, v. SILVERBERG, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Proceeding by the People of the State of New York against Jacob Silverberg. A. Lipton, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. TARANTO, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Proceeding by the People of the State of New York against Bartelo Taranto, alias Charles Griffin. No opinion. Judgment of conviction and order affirmed.

PEOPLE, Appellant, v. WENDEL, Respondent. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Appeal from Trial Term, New York County. From a judgment allowing a demurrer to an information against Abraham Wendel, the People of the State of New York appeal. Reversed, demurrer disallowed, and case remitted. Joseph A. Warren, of New York City, for the People. George P. Foulk, of New York City, for respondent.

PER CURIAM. The judgment allowing the demurrer should be reversed, and the demurrer disallowed, on the authority of People v. Finkelstein, 167 App. Div. 591, 152 N. Y. Supp. 875, and the case remitted to the Court of Special Sessions for further proceedings. Settle order on notice.

PEOPLE ex rel. BARTHOLOMEW, Appellant, v. MUNICIPAL CIVIL SERVICE COMMISSION, Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Proceeding by the People of the State of New York, on the relation of Mary Bartholomew, against the Municipal Civil Service Commission. C. J. Holland, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BATH ELECTRIC & GAS LIGHT CO. v. PUBLIC SERVICE COMMISSION OF STATE OF NEW YORK, SECOND DISTRICT, et al. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Proceeding by the People of the State of New York, on the relation of the Bath Electric & Gas Light Company, against the Public Service Commission of the State of New York, Second District, and another. No opin-